# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:  Ronald Martin and Sherhonda Martin        Case No. __12 B 47067__
      Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ __76.50__ on or before __01/10/13__

    $ __76.50__ on or before __02/09/13__

    $ __76.50__ on or before __03/11/13__

    $ __76.50__ on or before __04/10/13__

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
                                                                       (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __12/12/12__

BY THE COURT:

_/s/ Janet S. Baer_
United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

Case Number  :   **12 B 47067**
Case Name    :   **Ronald Martin and Sherhonda Martin**

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Janet S. Baer, certify that on **December 12, 2012**, I caused copies of the attached **an Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** dated, **December 12, 2012** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**)

*Debtor*
**Ronald Martin(**)**

**Sherhonda Martin(**)**
154 Fountaingrass Circle
Bartlett, IL 60103

*Trustee*
**Gus A Paloian**
Seyfarth, Shaw, Et Al
131 South Dearborn Street
Suite 2400
Chicago, IL 60606
served electronically

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
served electronically

Anthony Watson
Courtroom Deputy